Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 19−10017−KCF
          Chapter: 7
          Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Desiree Yvette Williams− Ramos
   aka Desiree Y. Williams−Ramos
   60 Fieldcrest Dr
   Westampton, NJ 08060−5656

Social Security No.:
   xxx−xx−3781

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/7/20 at 02:15 PM

to consider and act upon the following:

Motion for Approval of Reaffirmation Agreement with Ally Capital (re: 2016 Chrysler 200) Filed by Ally Capital. Hearing scheduled for 1/7/2020 at 02:15 PM at KCF − Courtroom 2, Trenton. (ckk)

Dated: 12/9/19

                    Jeanne Naughton
                    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Desiree Yvette Williams- Ramos  
    Debtor

Case No. 19-10017-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin    Page 1 of 1    Date Rcvd: Dec 09, 2019  
                  Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2019.  
db          Desiree Yvette Williams- Ramos,    60 Fieldcrest Dr,    Westampton, NJ   08060-5656

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          E-mail/Text: ally@ebn.phinsolutions.com Dec 09 2019 23:58:54     Ally Capital,  
           serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN   55113-0004  
                                                                                                  TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2019 at the address(es) listed below:  
        Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
        Andrew M. Lubin    on behalf of Creditor Wells Fargo Bank, N.A., as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NC2 bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
        Denise E. Carlon    on behalf of Creditor Wells Fargo Bank, N.A., as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NC2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
        Rebecca Ann Solarz    on behalf of Creditor Wells Fargo Bank, N.A., as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NC2 rsolarz@kmllawgroup.com  
        Stephanie Shreter    on behalf of Debtor Desiree Yvette Williams- Ramos shreterecf@comcast.net, shreterlaw@gmail.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                          TOTAL: 7