UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Desiree Yvette Williams

Case No.: 19-10017
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

___Karen E. Bezner___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson, U.S.B.J.__ on __January 21, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 60 Fieldcrest Drive, Westampton, New Jersey valued at $263,000.00

Liens on property: Wells Fargo Bank, $331,934.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee  /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-10017-KCF
Desiree  Yvette Williams- Ramos                                         Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Dec 13, 2019
                              Form ID: pdf905          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db             Desiree  Yvette Williams- Ramos,    60 Fieldcrest Dr,    Westampton, NJ  08060-5656
aty           +Milstead & Associates LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
517948964      CBCS,    PO Box 2589,    Columbus, OH  43216-2589
517948967      FBCS, Inc,    330 S Warminster Rd Ste 353,    Hatboro, PA  19040-3433
517948971      Midland Funding, Llc,    c/o Lyons, Doughty & Veldhuis,    136 Gaither Dr # 100,
                Mount Laurel, NJ  08054-1725
517950899     +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517948974      PA Dept of Revenue,    Office of UC Benefits,    PO Box 67503,    Harrisburg, PA  17106-7503
517948979      Trident Asset Management,    PO Box 888424,    Atlanta, GA  30356-0424
517948969      firestone,    PO Box 81307,    Cleveland, OH  44181-0307
517948981      van Ru Credit Corp,    4839 N Elston Ave,    Chicago, IL  60630-2534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2019 00:03:47     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2019 00:03:44     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2019 00:01:31     Ally Capital,
                serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN  55113-0004
517971834      E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2019 00:01:31     Ally Capital,    PO Box 130424,
                Roseville MN 55113-0004
517948962      E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2019 00:01:31     Ally Financial,
                PO Box 380902,    Bloomington, MN  55438-0902
517948963      E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 13 2019 23:59:33
                Capital One Auto Financ,    PO Box 60511,    City of Industry, CA  91716-0511
517960149     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 14 2019 00:00:01
                Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517972982     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 14 2019 00:00:01
                Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
517948965      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 14 2019 00:03:34     Comenity HSN,
                PO Box 659707,    San Antonio, TX  78265-9707
517948966      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 14 2019 00:03:34     Comenity Ulta,
                PO Box 659450,    San Antonio, TX  78265-9450
517948968     +E-mail/Text: bnc-bluestem@quantum3group.com Dec 14 2019 00:04:27     Fingerhut/Webbank,
                6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
517948970      E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 14 2019 00:04:07     Jefferson Capital System,
                16 Mcleland Rd,    Saint Cloud, MN  56303-0000
517985254      E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 14 2019 00:04:07     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
518019465     +E-mail/Text: bankruptcy@sccompanies.com Dec 14 2019 00:01:20     Mason,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517948972      E-mail/Text: bankruptcy@sccompanies.com Dec 14 2019 00:04:53     Midnight,    112 W 7th St,
                Monroe, WI  53566-1099
518019467     +E-mail/Text: bankruptcy@sccompanies.com Dec 14 2019 00:04:53     Midnight Velvet,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
518019466     +E-mail/Text: bankruptcy@sccompanies.com Dec 14 2019 00:04:53     Monroe & Main,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517948973     +E-mail/Text: bankruptcy@sccompanies.com Dec 14 2019 00:04:53     Monroe And Main,
                1112 7th Ave,    Monroe, WI 53566-1364
518015006     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2019 00:00:04
                Orion Portfolio Services, LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk VA 23541-1021
517948975      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2019 23:58:59
                Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA  23541-0914
518065957      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2019 23:59:30
                Portfolio Recovery Associates, LLC,    c/o Ann Taylor,    POB 41067,    Norfolk VA 23541
518101212      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2019 00:00:03
                Portfolio Recovery Associates, LLC,    c/o New York & Company,    POB 41067,    Norfolk VA 23541
517948976      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2019 23:59:00
                Portfolio Recovery Services,    PO Box 12914,    Norfolk, VA  23541-0914
518064923      E-mail/Text: bnc-quantum@quantum3group.com Dec 14 2019 00:03:38
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA  98083-0788
517948977      E-mail/Text: jennifer.chacon@spservicing.com Dec 14 2019 00:04:52
                Select Portfolio Servicing Inc,    PO Box 65250,    Salt Lake City, UT  84165-0250
517948978      E-mail/Text: bankruptcy@sccompanies.com Dec 14 2019 00:04:53     Swiss Colony,    1112 7th Ave,
                Monroe, WI  53566-1364
518019464     +E-mail/Text: bankruptcy@sccompanies.com Dec 14 2019 00:04:53     The Swiss Colony,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
518069437      E-mail/Text: jennifer.chacon@spservicing.com Dec 14 2019 00:04:52
                Wells Fargo Bank, N.A., as Trustee,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Dec 13, 2019
                              Form ID: pdf905          Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                   TOTAL: 28
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*          +SELECT PORTFOLIO SERVICING, INC.,,   PO Box 65250,   Salt Lake City, UT 84165-0250
517948980    ##US Legal Group,   8220 Katella Ave Ste 208,   Stanton, CA  90680-3287
                                                                                        TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:
```
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Structured
               Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NC2
               bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Structured
               Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NC2
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the
               Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NC2
               rsolarz@kmllawgroup.com
              Stephanie  Shreter    on behalf of Debtor Desiree  Yvette Williams- Ramos shreterecf@comcast.net,
               shreterlaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                    TOTAL: 8
```