Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 19−10017−KCF
                              Chapter: 7
                              Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Desiree Yvette Williams− Ramos
   aka Desiree Y. Williams−Ramos
   60 Fieldcrest Dr
   Westampton, NJ 08060−5656

Social Security No.:
   xxx−xx−3781

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

      Please be advised that on January 8, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 58 − 50
Order Denying Approval of Reaffirmation Agreement Ally Capital (re: 2016 Chrysler 200). (related document:50 Motion for Approval of Reaffirmation Agreement filed by Creditor Ally Capital). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/8/2020. (ckk)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 8, 2020
JAN: ckk

                                                                        Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Desiree Yvette Williams- Ramos  
    Debtor

Case No. 19-10017-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 08, 2020  
                    Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr           E-mail/Text: ally@ebn.phinsolutions.com Jan 09 2020 00:06:40      Ally Capital,  
           serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN   55113-0004
                                                                                                 TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2020 at the address(es) listed below:

      Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
      Andrew M. Lubin    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NC2 bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
      Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NC2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
      Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
      Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NC2 rsolarz@kmllawgroup.com  
      Stephanie Shreter    on behalf of Debtor Desiree Yvette Williams- Ramos shreterecf@comcast.net, shreterlaw@gmail.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 8