Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 19–10017–KCF
> Chapter: 7
> Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Desiree Yvette Williams– Ramos
  aka Desiree Y. Williams–Ramos
  60 Fieldcrest Dr
  Westampton, NJ 08060–5656

Social Security No.:
  xxx–xx–3781

Employer's Tax I.D. No.:

## FINAL DECREE

  The estate of the above named debtor(s) has been fully administered.

  If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

  ORDERED that Karen E. Bezner is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 24, 2020</u>            <u>Kathryn C. Ferguson</u>
                                          Judge, United States Bankruptcy Court